# Notice Recipients

District/Off: 0207−8 | User: admin | Date Created: 11/04/2022
Case: 8−22−71847−las | Form ID: 318DF7 | Total: 20

**Recipients of Notice of Electronic Filing:**
tr    R Kenneth Barnard, Esq.    rkbesquire@aol.com
aty   Mark E Cohen               MECESQ2@aol.com
aty   R Kenneth Barnard, Esq.    rkbesquire@aol.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Renee Burke     283 West Neck Road     Huntington, NY 11743
smg       NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg       NYS Unemployment Insurance     Attn: Isolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg       NYC Department of Finance     345 Adams Street     Office of Legal Affairs     Brooklyn, NY 11201−3719
smg       United States Trustee     Office of the United States Trustee     Long Island Federal Courthouse     560 Federal Plaza     Central Islip, NY 11722−4437
10094517  AT&T Universal Citi Card     Attn: Bankruptcy     PO Box 6500     Sioux Falls, SD 57117
10094516  American Express     Correspondence/Bankruptcy     PO Box 981540     El Paso, TX 79998
10094518  Citizens Bank NA     Attn: Bankruptcy     1 Citizens Dr     Riverside, RI 02915
10094519  Estate of Leonard Burke     43 Prospect Street     Huntington, NY 11743
10094520  Randy Levine     97 Lawrence Hill Road     Cold Spring Harbor, NY 11724
10100721  SN Servicing Corporation as servicer for U.S. Bank     Trustee of LB−Igloo Series IV Trust     c/o Friedman Vartolo LLP     1325 Franklin Avenue     Garden City, NY 11530
10094521  Santander Consumer USA     Attn: Bankruptcy     Po Box 961245     Fort Worth, TX 76161
10108243  Santander Consumer USA Inc.     dba Chrysler Capital     c/o Steart, Zlimen & Jungers, Ltd.     2860 Patton Rd.     Roseville, MN 55113
10094522  US Bank Trust National Assn etc     c/o Friedman Vartolo LLP     85 Broad Street     Suite 501     New York, NY 10004
10094523  Volkswagen Credit, Inc     Attn: Bankruptcy     PO Box 3     Hillsboro, OR 97123
10094525  Wells Fargo Bank, N.A.     c/o Donna Bogursky−Lo Turco, Esq.     Referee     434 New York Avenue     Huntington, NY 11743
10094524  Wells Fargo Bank, N.A.     c/o Friedman Vartolo LLP     85 Broad Street     Suite 501     New York, NY 10004

TOTAL: 17